

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/15/2017

| | | |
|---|---|---|
| In re: | § § | |
| DAVID GORDON WALLACE, JR., Debtor. | § § § § § | CASE NO. 15-31594 (CHAPTER 7) |
| RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF DAVID GORDON WALLACE, JR., Plaintiff, | § § § § § § § § | Adversary No. 17 - *03061* |
| v. | § § | |
| HUMANA INSURANCE COMPANY, Defendant. | § § § § § | |

**ORDER GRANTING TRUSTEE'S MOTION PURSUANT TO FED. R. OF BANKR.
P. 9019(A) FOR AN ORDER AUTHORIZING THE COMPROMISE OF CLAIMS
AGAINST HUMANA INSURANCE COMPANY**
(This Order relates to Dkt No. *198*)

THE COURT, having considered the Trustee's Motion Pursuant to Federal Rule of

Bankruptcy Procedure 9019(a) for an Order Authorizing the Compromise of Claims Against

Humana Insurance Company ("Motion"), any responses or objection to the Motion, the

representations of counsel and the record in this case and in the above-captioned adversary

proceeding, finds that notice of the Motion was adequate and appropriate, that the settlement is

within the Trustee's business judgment and that good cause exists to grant the relief requested,

and hereby **ORDERS THAT:**

1.      The Trustee is authorized to enter into the Settlement.

2.      The Trustee is authorized to take all actions necessary to effectuate the relief

granted in this Order.

3.      This Court shall retain jurisdiction over this Settlement.

It is so ordered.

6-15-2017

_____

JEFF BOHM
United States Bankruptcy Judge